676 A.2d 1090

JACINTO SOSA v. NEW JERSEY AUTOMOBILE
FULL INSURANCE UNDERWRITING
ASSOCIATION, ET AL.

May 28, 1996.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.